IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | Criminal Action No. 7:05-cr-10 (HL) |
| | : | |
| DONALD J. OTTMAN, JR., | : | |
| DONALD J. OTTMAN, III, and | : | |
| MICHAEL RINI, | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER ON DEFENDANTS' MOTIONS FOR ADDITIONAL PEREMPTORY CHALLENGES

Before this Court are Defendants Donald Ottman, Jr. and Donald Ottman, III's two Motions for Additional Peremptory Challenges. (Doc. #'s 89, 100.) Defendant Ottman, Jr.'s Motion (Doc. # 89) is granted, and Ottman, III's Motion (Doc. # 100) is denied.

As an initial matter, in a non-capital felony case, the Government has six (6) peremptory challenges and the defendants jointly have ten (10) peremptory challenges. Fed. R. Crim. P. 24(b)(2). The Court may, at its discretion, allow additional peremptory challenges to multiple defendants. Fed. R. Crim. P. 24(b). Two defendants in the present case have filed motions requesting additional peremptory challenges—Donald Ottman, Jr. has requested "additional" challenges (Doc. # 89); Donald Ottman, III has requested that each defendant be granted ten (10) challenges of their own. (Doc. # 100.) Both Defendants argue additional peremptory

1

challenges are necessary because there are three co-defendants in this case, and each defendant has independent defenses, trial strategies and potential evidence or witnesses, which may have an impact on jury selection.  Pursuant to its discretion, this Court will allow the defendants jointly to have twelve (12) peremptory challenges total.

  SO ORDERED, this the 3rd  day of November, 2005.


             **s/   Hugh Lawson**

             **HUGH LAWSON, JUDGE**

pdl