# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 7:05-cr-10 (HL) |
| DONALD J. OTTMAN, JR., et al., | : | |
| Defendants. | : | |

# ORDER

Before the Court is a letter from Defendant Donald J. Ottman, Jr. requesting the return of his business and personal records from the Government (Doc. 202). Defendant alleges that, during the investigation of this case, he provided business records from his company to United States Postal Inspector Gina Harrell upon her request. Ottman turned over the documents voluntarily on the condition that they would be returned to him quickly, but he has yet to receive them. He contends that he now needs them to prepare for his § 2255 motion.

The Federal Rules of Criminal Procedure provide that "a person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return." Fed. R. Crim. P. 41(g) (Supp. 2008). Construing the

*pro se* Defendant's letter liberally his favor, the Court finds that it is a Motion for Return of Property under Rule 41. The Government is therefore ordered to respond to the Motion. The response must be filed no later than July 7, 2008.

**SO ORDERED**, this the 20th day of June, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

tch