# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : Criminal Action No. 7:05-cr-10 |
| **DONALD J. OTTMAN, JR.**, | : |
| | : |
| Defendant. | : |
| _____ | |

## ORDER

At a hearing held on January 13, 2009, counsel for the Government, Jim Crane, requested that the Court make a finding that his failure to file documents, as detailed in previous Orders entered in this case, was not intentional. In light of Mr. Crane's request, the Court has reexamined the record in this case and accepts Mr. Crane's explanation for his delay in responding to the directions of the Court. Having so concluded, the Court finds there is no reason to pursue this matter further and declares it to be resolved.

**SO ORDERED**, this the 24th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**